UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 09-2596-VBF(PJWx)**   Dated: **August 13, 2009**

Title:   Jenny McCreadie -*v*- County of Riverside, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER DISCHARGING OSC RE SUBJECT MATTER JURISDICTION AND VACATING AUGUST 17, 2009 HEARING**

On July 13, 2009, the Court set an OSC re Subject Matter Jurisdiction for August 17, 2009 at 1:30 p.m (doc. #23). The Court has received Plaintiffs' response to the OSC (doc. #24); Defendants County of Riverside, Denise Moore and Anesha Coleman's response (doc. #27); and Defendant City of Corona's response (doc. #28).

The Court finds that it has subject matter jurisdiction in this case, and discharges the OSC. *See e.g.*, *Wallis v. Spencer*, 202 F.3d 1126 (9th Cir. 2000); *Mabe v. San Bernardino County, Dept. of Pub. Soc. Servs.*, 237 F.3d 1101 (9th Cir. 2001). The hearing set for August 17, 2009 at 1:30 p.m. is vacated.

MINUTES FORM 90                            Initials of Deputy Clerk   __rs__
CIVIL - GEN

      The Court does not act upon Defendants County of Riverside, Denise Moore and Anesha Coleman's request that the Court issue an order limiting the Plaintiffs' claims to the time frame prior to judicial intervention because the issue is not properly before the Court in a noticed motion, supported by evidence and briefs.

MINUTES FORM 90                                                                             Initials of Deputy Clerk   rs
CIVIL - GEN