Case 2:09-cv-02596-RT-PJW   Document 276   Filed 11/04/12   Page 1 of 2   Page ID #:2932

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

(Western Division – Los Angeles)

| | |
|---|---|
| Jenny McCreadie, et al., | Case No.: CV 09-02596 RT - PJW |
| Plaintiffs, | [Proposed] *AKT* |
| vs. | JUDGMENT |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

On or about May 24 or May 25, 2012, the jury in the above captioned case returned a number of special verdicts in favor of plaintiffs against defendants, Jeff Edwards ("Edwards"), Salvador Cisneros ("Cisneros"), and Lisa Larios ("Larios"). Pursuant to those verdicts, judgment is hereby entered as follows:

JUDGMENT
U.S. District Ct. – Western Dist.
Case No. CV 09-02596 RT - PJW

1

1    Plaintiffs M.G., T.G., and D.G., by and through their Guardian Ad Litem
2  Jenny McCreadie, shall recover $4,400 each, from each of the defendants
3  Edwards, Cisneros, and Larios, jointly and severally, for a total of $39,600.
4    Plaintiff Jenny McCreadie shall recover $1.00 from each of the defendants
5  Edwards, Cisneros, and Larios, jointly and severally, for a total of $3.00.
6    Plaintiffs are entitled to their costs of suit.

Date: 10/6/12

ROBERT J. TIMLIN
United States District Judge

JUDGMENT
U.S. District Ct. – Western Dist.
Case No. CV 09-02596 RT - PJW

2